IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY FRANK COX,

    Plaintiff,                                      CV F 05 00149 OWW WMW  P

   vs.                                           <u>ORDER RE MOTION (DOC 38)</u>

WACKENHUT CORRECTIONAL CORP., et al.,

    Defendants.

Plaintiff has filed a motion for change of venue.  Plaintiff has not, however, included a certificate of service upon opposing counsel.  After defendants have appeared in an action by filing a pleading responsive to the complaint, all documents filed with the court must include a certificate of service stating that a copy of the document was served on the opposing party.  <u>See</u> F.R.C.P. 5; Local Rule 5-135.  Plaintiff has failed to do so.  The motion for change of venue filed on April 28, 2005, is therefore stricken.

IT IS SO ORDERED.

**Dated:**   **August 23, 2005**                  /s/  **William M. Wunderlich**
mmkd34                                         UNITED STATES MAGISTRATE JUDGE