IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY FRANK COX,

    Plaintiff,                        CV F 05 0149 OWW WMW   P

  vs.                                ORDER RE MOTION (DOC 43)

JOHN ASHCROFT, et al.,

    Defendants.

       Plaintiff is a former federal prisoner proceeding pro se.  Pending before the court is plaintiff's motion to stay this action pending a resolution of his motion to change venue.  On August 24, 2005, an order was entered, striking the motion to change venue.   The request for change of venue is the sole ground for the motion to stay.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to say is denied.

IT IS SO ORDERED.

**Dated:**   **March 30, 2006**              /s/  **William M. Wunderlich**
j14hj0                                        UNITED STATES MAGISTRATE JUDGE