FILED

MAR 2 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY FRANK COX, | No. CV-F-05-149 OWW/WMW P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER MAGISTRATE JUDGE'S ORDERS (Doc. 51) |
| vs. | |
| JOHN ASHCROFT, et al., | |
| Defendant. | |

Plaintiff moves for reconsideration of the Magistrate Judge's Order striking Plaintiff's motion to change venue because Plaintiff did not include a certificate of service on opposing counsel (Doc. 44) and the Order denying Plaintiff's motion to stay action pending resolution of the motion to change venue (Doc. 50).

Plaintiff's motion to reconsider is GRANTED. A Certificate of Service of the motion to change venue is filed in this action as Doc. 41 and was filed at the same time as the motion to change venue. Therefore, the motion to change venue should not have

1

1 | been stricken and the motion to change venue and the motion to
2 | stay should be resolved on the merits.
3 | Dated: 3-28-07

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE