UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BILLY FRANK COX,                          )        1:05-cv-00149-OWW-GSA-PC
                                          )
          Plaintiff,                      )        ORDER GRANTING EXTENSION OF
                                          )        TIME FOR ALL DEFENDANTS IN THIS
     vs.                                  )        ACTION TO RESPOND TO FIRST
                                          )        AMENDED COMPLAINT
JOHN ASHCROFT, et al.,                    )
                                          )        DEADLINE JUNE 6, 2008
                                          )
          Defendants.                     )
_____)

     Plaintiff, Billy Frank Cox ("plaintiff") is a former federal prisoner proceeding pro se in this

civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).  Plaintiff filed

the complaint commencing this action on October 6, 2003.  On March 4, 2008, plaintiff filed the first

amended complaint.  (Doc. 59.)  On March 20, 2008, plaintiff and defendants John Ashcroft, Harrell

Watts, Jeff Campbell, Robert M. Haro, Glenn Harvey, Carl M. Faller, Jr., Richard J. Bender, Sandra

M. Snyder, Lawrence J. O'Neill, and Robert E. Coyle filed a stipulation to extend time for

defendants to respond to the first amended complaint.  (Doc. 60.)

     Filed concurrently with this order are the Magistrate's Findings and Recommendation to

dismiss the Federal Judge Defendants from this action.  The parties have been given an opportunity

to file objections.  Accordingly, good cause appearing, IT IS HEREBY ORDERED that all

defendants in this action are granted an extension of time **up to and including June 6, 2008**, in

which to file a response to the first amended complaint.

     IT IS SO ORDERED.

**Dated:   March 27, 2008**                    _/s/ **Gary S. Austin**_
                                               UNITED STATES MAGISTRATE JUDGE