IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY FRANK COX, | 1:05-cv-00149-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 62) |
| JOHN ASHCROFT, et al., | ORDER DISMISSING FEDERAL JUDGE DEFENDANTS FROM ACTION |
| Defendants. | |

Billy Frank Cox ("plaintiff") is a former federal prisoner proceeding pro se in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 27, 2008, findings and recommendations were entered, recommending that defendants Robert E. Coyle, Claudia Wilkin, William B. Shubb, Lawrence J. O'Neill, Sandra M. Snyder, and William M. Wunderlich ("Federal Judge Defendants") be dismissed from this action due to absolute judicial immunity. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. Plaintiff filed objections on April 14, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

1 file, the court finds the findings and recommendations to be supported by the record and proper
2 analysis.
3     Accordingly, THE COURT HEREBY ORDERS that:
4     1. The Findings and Recommendations issued by the Magistrate Judge on March 27,
5 2008, are adopted in full; and
6     2. The Federal Judge Defendants -- Robert E. Coyle, Claudia Wilkin, William B.
7 Shubb, Lawrence J. O'Neill, Sandra M. Snyder, and William M. Wunderlich -- are DISMISSED
8 from this action due to absolute judicial immunity.
9 IT IS SO ORDERED.
10 **Dated:   May 15, 2008**           **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

2