UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(CIVIL MINUTE ORDER)

Case No.  CV-05-0149-DCB  P                    Date: January 20, 2009

Title: *Cox v. Ashcroft*

### HONORABLE DAVID C. BURY

Proceedings:       _____Open Court       _____Chambers       X   Other

PLEASE TAKE NOTICE:

IT IS ORDERED that Plaintiff's Motion to Issue Summonses (Doc. No. 74) is DENIED with prejudice as to Defendants previously dismissed from this action and DENIED without prejudice as to the Defendants who are the subject of the pending Motion to Dismiss.

DATED this 22nd day of January, 2009.

David C. Bury
United States District Judge